**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>DAVID CHARLES BALDWIN,<br><br>         Defendant. | 2:15-mj-01175-VCF<br>**ORDER** |

The court received verbal confirmation that David Charles Baldwin has been transferred to the Western District of Oklahoma.

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for 4:00 p.m., December 23, 2015 is VACATED.

DATED this 21st day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE